COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Fernando Guerrero v. The State of Texas

Appellate case number:      01-17-00462-CR

Trial court case number:    1493328

Trial court:                351st District Court of Harris County

A jury found appellant, Fernando Guerrero, guilty of the felony offense of aggravated robbery, and the trial court assessed his punishment at confinement for twenty years. Appellant timely filed a notice of appeal. Appellant has filed a "Motion to Abate the Appeal and Remand for Out of Time Motion for New Trial" to allow "an opportunity to investigate and file his Motion for New Trial." We **deny** appellant's motion to abate the appeal. *See Cook v. State*, 240 S.W.3d 906, 911 (Tex. Crim. App. 2007); *Benson v. State*, 224 S.W.3d 485, 491–92, (Tex. App.—Houston [1st Dist.] 2007, no pet.).

**Appellant's brief is due to be filed no later than 30 days from the date of this order.** *See* TEX. R. APP. P. 38.6(d).

It is so ORDERED.

Judge's signature: /s/ Russell Lloyd _____

          ☑ Acting individually    ☐ Acting for the Court

Date: May 10, 2018 _____